**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BENJAMIN J. WARD,
    Petitioner,

vs.                                              CASE NO.:  3:04cv3/MCR/EMT

JAMES CROSBY, JR.,
    Respondent.
_____/

**O R D E R**

This action was initiated on January 6, 2005, with the filing of a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Subsequently, on January 26, 2005, the magistrate judge entered a Report and Recommendation in this matter. (Doc. 12).  On February 28, 2005, no objections having been filed, the Court made a de novo review of the Report and Recommendation and adopted same, denying Petitioner's petition for writ of habeas corpus. (Doc. 14).  Upon Petitioner's Motion for Rehearing filed March 10, 2005 (doc. 16), wherein Petitioner advised he did not receive a copy of the Report and Recommendation prior to entry of the order approving same,[1] the Court vacated its Order of February 28, 2005, and allowed Petitioner additional time in which to file any objections to the Report and Recommendation.[2]  Petitioner was advised that the Court would renew

---

[1] The docket reflects Petitioner did submit a Notice of Change of Address which was filed on January 31, 2005, after the Report and Recommendation had been mailed.  (See doc. 13).  Furthermore, the copy of the Report and Recommendation mailed to the Petitioner was returned to the clerk's office undelivered on March 28, 2005.  (See doc. 18).

[2] The Court initially granted 20 days from its March 15, 2005, order (doc. 17); however, upon Petitioner's request (doc. 19), the Court granted an additional 20 days in which to file any objections to the Report and Recommendation (see doc. 21).

its order adopting the Report and Recommendation if no objections were filed.  (See doc. 17).

This cause now comes on for consideration upon the magistrate judge's Report and Recommendation dated January 26, 2005.  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3.   Petitioner's "Motion to Dismiss/Want of Prosecution" (Doc. 9) is **DENIED** as moot.

**DONE AND ORDERED** this 4th day of August, 2005.


 s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**